IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOHN HIGH,

        Petitioner,	JUDGMENT IN A CIVIL CASE

v.	Case No. 11-cv-627-bbc

UNITED STATES OF AMERICA,

        Respondent.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that petitioner John High's motion for post conviction relief under 28 U.S.C. § 2255 is DENIED for petitioner's failure to show that he is in custody in violation of the Constitution or laws of the United States.

_____	_____
Peter Oppeneer, Clerk of Court	12/1/2011
                                                                                                    Date