IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                              ORDER

          Plaintiff,

                                          07-cr-627-bbc
                                          11-cv-627-bbc

     v.

JOHN HIGH,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant John High has filed a notice of appeal from the November 28, 2011 order denying his post conviction motion under 28 U.S.C. § 2255 and the January 4, 2012 order denying his Rule 59 motion. Although it appears that the appeal is untimely, it is not within this court's authority to determine the timeliness of an appeal; that decision is for the court of appeals to make.

      Defendant's notice of appeal was not accompanied by the $455 fee for filing an appeal. 28 U.S.C. § 2253(c)(1)(A); Fed. R. App. P. 22. Therefore, I construe it as including a request for leave to proceed in forma pauperis on appeal pursuant to 28 U.S.C. § 1915. According to 28 U.S.C. § 1915(a), a defendant who is found eligible for court-appointed counsel in the district court proceedings may proceed on appeal in forma pauperis without

1

further authorization "unless the district court shall certify that the appeal is not taken in good faith or shall find that the party is otherwise not entitled so to proceed." Defendant had appointed counsel during the criminal proceedings against him and I do not intend to certify that the appeal is not taken in good faith. Defendant's challenge to his sentence is not wholly frivolous. A reasonable person could suppose that it has some merit. <u>Lee v. Clinton</u>, 209 F.3d 1025, 1026 (7th Cir. 2000).

## ORDER

IT IS ORDERED that defendant John High's request for leave to proceed <u>in forma pauperis</u> on appeal is GRANTED.

Entered this 18th day of April, 2012.

                                             BY THE COURT:

                                             /s/
                                             BARBARA B. CRABB
                                             District Judge